**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 16, 2010**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

JERRY L. MASKE,

        Petitioner-Appellant,

v.

MARY CHAPPELL,

        Respondent-Appellee.

No. 09-1538

(D. of Colo.)

(D.C. No. 09-cv-2754-ZLW)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**[*]

Before **HARTZ, ANDERSON**, and **TYMKOVICH**, Circuit Judges.[**]

This appeal arises out of multiple case filings in district court for a Writ of Habeas Corpus under 28 U.S.C. § 2254. Petitioner Jerry Maske is a frequent filer in district court and is subject to filing restrictions. Because Maske failed to follow filing requirements, the district court dismissed the case without prejudice.

Maske now requests a certificate of appealability (COA) to pursue an appeal. *See* 28 U.S.C. § 2253(c)(1)(A) (requiring a COA to appeal a denial of a

---

[*] This order is not binding precedent except under the doctrines of law of the case, res judicata and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] After examining the briefs and the appellate record, this three-judge panel has determined unanimously that oral argument would not be of material assistance in the determination of this appeal. *See* Fed. R. App. P. 34(a); 10th Cir. R. 34.1(G). The cause is therefore ordered submitted without oral argument.

habeas application). He makes the same arguments he made in *Maske v. Murphy*, No. 09-1536, (10th Cir. Feb. 16, 2010). For the same reasons set forth in that case, we DENY the application for a COA.

Because his application for a COA is frivolous, we DENY his request to proceed *in forma pauperis*.

ENTERED FOR THE COURT

Timothy M. Tymkovich
Circuit Judge